No. 78–6392.  Regelin *v.* United States.  C. A. 9th Cir. Certiorari denied.

No. 78–6398.  Davis *v.* Sedgwick et al.  C. A. 8th Cir. Certiorari denied.

No. 78–6400.  Martino *v.* United States.  C. A. 2d Cir. Certiorari denied.

No. 78–6401.  Baca *v.* United States.  C. A. 10th Cir. Certiorari denied.

No. 78–6403.  Braden *v.* Kentucky.  Sup. Ct. Ky.  Certiorari denied.

No. 78–6410.  Hudson *v.* United States.  C. A. 9th Cir. Certiorari denied.

No. 78–6426.  Weinrich *v.* United States.  C. A. 5th Cir. Certiorari denied.

No. 78–707.  Atkins *v.* Louisiana.  Sup. Ct. La.  Certiorari denied, it appearing that the judgment below rests on independent and adequate state grounds.

No. 78–793.  DiLeo *v.* Board of Regents of the University of Colorado et al.  Sup. Ct. Colo.  Certiorari denied. Mr. Justice Brennan, Mr. Justice White, and Mr. Justice Marshall would grant certiorari.

No. 78–961.  Gambino *v.* Louisiana.  Sup. Ct. La.  Certiorari denied.  Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice Marshall would grant certiorari and reverse the conviction.

No. 78–1247.  Imperial Distributors, Inc., et al. *v.* Pettine, U. S. District Judge.  C. A. 1st Cir.  Certiorari denied. Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice Marshall would grant certiorari and reverse the judgment.